# Court of Appeals
# of the State of Georgia

ATLANTA,     April 30, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0199.  ANGEL MARTINEZ-PALOMINO v. THE STATE.**

Angel Martinez-Palomino seeks immediate review of an interlocutory order entered in this criminal matter.[1]  The order was entered on March 15, 2012, but the lower court did not enter a certificate of immediate review until 13 days later, on March 28, 2012.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had.  If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal.  See OCGA § 5-6- 34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973).  Because the certificate of immediate review in this case was not entered within the ten-day period, we lack jurisdiction to consider this interlocutory application.  Accordingly, it is hereby DISMISSED.

---

[1] Martinez-Palomino filed a motion for new trial, asserting multiple errors including that the State failed to sufficiently prove venue.  The trial court addressed only the venue issue and denied the motion for new trial on this basis.  The order makes clear, however, that Martinez-Palomino's other arguments remain pending before the trial court, which renders the order at bar interlocutory.  See, e. g., *Gelfand v. Gelfand*, 281 Ga. 40, 40-41 (635 SE2d 770) (2006).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 04/30/2012
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*